**No. P67/176.**—Baron Tube Co. *v.* United States, protest 321030, (Galveston).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plain end oil well

casing with squared or beveled edges similar in all material respects to that the subject of *American Mannex Corp.* v. *United States* (56 Cust. Ct. 31, C.D. 2608), the claim of the plaintiff was sustained.

(NOTE: The following protests were decided by a special second division consisting of RAO, FORD, and LANDIS, Judges.)